# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARGARETH CLERVIL PHILEMOND** and **BONHOMME PHILEMOND,**
Appellants,

v.

**ADVANCED CONSTRUCTION & REMODELING BY RULX INC.,** a
Florida Profit Corporation,
Appellee.

No. 4D2024-2890

[December 31, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Santo DiGangi, Judge; L.T. Case No. 502023CC015692.

Pierre St. Jean of Pierre St-Jean Law, PLLC, West Palm Beach, for appellants.

Michael Garcia of Michael Garcia, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***